**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Melissa A. ASKINS, Petitioner.**

Supreme Court of Pennsylvania.

April 10, 2001.

***ORDER***

PER CURIAM:

AND NOW, this 10th day of April, 2001, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

a. Whether tying a dog on one's property with food and water is sufficient for a finding of cruelty to animals simply because it is possible for the dog to entangle itself.

b. Whether the evidence was sufficient to convict petitioner where she testified that she left her dog in a shed rather than on the porch.